JERRY S. SMITH (SBA #19599)
JERRY S. SMITH, PLLC
145 S. Sixth Avenue
Tucson, Arizona 85701-2007
Phone: (520) 326-0134
E-mail: jsmith@jsslawpllc.com
*Attorney for Plaintiff*

TERI L. DANISH (SBA #031452)
MCGUIREWOODS LLP
600 Travis, Suite 7500
Houston, Texas 77002
Phone: 832.214.9911
Email: tdanish@mcguirewoods.com
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| PAMELA C. SULLIVAN, | ) | C.A. NO. 4:13-cv-01166-BGM |
| Plaintiff, | ) | |
| v. | ) | **JOINT SETTLEMENT STATUS REPORT** |
| BANK OF AMERICA, NATIONAL ASSOCIATION, | ) | |
| Defendant. | ) | |

Plaintiff Pamela C. Sullivan ("PCS"), by and through Jerry S. Smith, PLLC, her undersigned attorney of record, and Defendant Bank of America, National Association ("BOA"), by and through Teri L. Danish, of McGuire Woods, LLP, its undersigned attorney of record, submit this Joint Settlement Status Report, pursuant to the Scheduling Order filed January 29, 2014, Dkt. #24, Order G:

PCS submitted a written settlement proposal to BOA on May 2, 2014, which BOA has rejected, without any counter-offer. The parties have now completed discovery, but are in the midst of a discovery dispute. The parties have an unresolved discovery dispute wherein the

Plaintiff is seeking certain discovery, as documented by the parties' memoranda filed with the Court, dkt. #61, 62, 63, and 67.  This dispute remains largely unresolved, and the Plaintiff will be filing a (first) Motion to Compel Discovery shortly.  Once the parties have resolved these issues BOA plans to file a motion for summary judgment.

Neither party requests a settlement conference or mediation at this time.

Respectfully submitted this 31st day of July 2015.

JERRY S. SMITH, PLLC

By: ___*/s/ Jerry S. Smith*___
JERRY S. SMITH, Attorney for Plaintiff

MCGUIREWOODS LLP

By: ___/s/ *Teri L. Danish*___
TERI L. DANISH, Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2015, the foregoing document was duly served in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure.

___/s/ *Teri L. Danish*___
TERI L. DANISH