**RYLEY CARLOCK & APPLEWHITE**
One North Central Avenue, Suite 1200
Phoenix, AZ 85004-4417
Telephone: 602.440.4800
Fax: 602.257.9582

Andrea G. Lovell – 019882
alovell@rcalaw.com

Attorneys for Bank of America, N.A.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Pamela C. Sullivan,<br><br>   Plaintiff,<br><br>v.<br><br>Bank of America, National Association,<br><br>   Defendant. | No. 4:13-cv-01166-BGM<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM** |

  Notice is hereby given that attorney Andrea G. Lovell of the law firm Ryley Carlock & Applewhite is hereby substituted in place of attorney John M. Fry as counsel of record for Defendant Bank of America, N.A.  The reason for this substitution is because Mr. Fry is leaving Ryley Carlock & Applewhite to become Employment Law Section Chief at the Arizona Attorney General's Office.

  It is requested that all future pleadings and notices be addressed to Ms. Lovell at her address above.

  DATED this 4th day of December, 2015.

                **RYLEY CARLOCK & APPLEWHITE**

                /s/  Andrea G. Lovell
                  Andrea G. Lovell
                  One North Central Avenue, Suite 1200
                  Phoenix, AZ 85004-4417
                  Attorneys for Defendants

3922830.1

**CERTIFICATE OF SERVIC**E

I hereby certify that on December 4, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and mailed a copy of same to the following:

> Jerry S. Smith
> Jerry S. Smith, PLLC
> 145 S. Sixth Avenue
> Tucson, AZ 85701-2007
> *Attorneys for Plaintiff*

By: s/ Tina Kaminski