Jerry S. Smith (SBA #19599)
JERRY S. SMITH, PLLC
145 S. Sixth Avenue
Tucson, Arizona 85701-2007
Phone: (520) 326-0134
E-mail: jsmith@jsslawpllc.com
*Attorney for Plaintiff*

Teri L. Danish (SBA #031452)
MCGUIREWOODS LLP
600 Travis, Suite 7500
Houston, Texas 77002
Phone: 832.214.9911
Email: tdanish@mcguirewoods.com
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| PAMELA C. SULLIVAN, | ) | C.A. NO. 4:13-cv-01166-BGM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **JOINT SETTLEMENT** |
| v. | ) | **STATUS REPORT** |
| | ) | |
| BANK OF AMERICA, NATIONAL ASSOCIATION, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Pamela C. Sullivan ("PCS"), by and through JERRY S. SMITH, PLLC, her undersigned attorney of record, and Defendant Bank of America, National Association ("BOA"), by and through Teri L. Danish, of MCGUIREWOODS, LLP, its undersigned attorney of record, submit this Joint Settlement Status Report, pursuant to the Scheduling Order filed January 29, 2014, Dkt. #24, Order G:

PCS submitted a written settlement proposal to BOA on May 2, 2014, which BOA has rejected, without any counter-offer. The parties have now completed discovery and the discovery period has closed. Plaintiff filed a formal motion to compel, which has been fully

briefed by both parties (Dkt. #72, 73, and 74) and is currently pending before the Court. BOA timely filed a motion for summary judgment (Dkt. #75; 76), which is also pending before the Court. Per Plaintiff's request, the parties filed a joint stipulation (Dkt. #78) to extend Plaintiff's deadline to respond to Defendant's motion for summary judgment until thirty (30) days after the Court has ruled on Plaintiff's motion to compel

Neither party requests a settlement conference or mediation at this time.

Respectfully submitted this 19th day of January 2016.

JERRY S. SMITH, PLLC

By:   /s/ Jerry S. Smith (w/permission)
     JERRY S. SMITH, Attorney for Plaintiff

MCGUIREWOODS LLP

By:   /s/ Teri L. Danish
     TERI L. DANISH, Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2016, the foregoing document was duly served in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure.

     /s/ Teri L. Danish
     TERI L. DANISH

2